

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00372-CV

MICHAEL RAMON, Appellant

V.

TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, Appellee

§   On Appeal from the 89th District Court

§   of Wichita County (DC89-CV2024-1132)

§   April 17, 2025

§   Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach